**Ruth Amenda, Administratrix of Estate of Henry J. Amenda, Deceased, Plaintiff-Appellee, v. Glenn Suits, Defendant-Appellant.**

Gen. No. 10,792.

Second District.

September 24, 1956.

Released for publication October 10, 1956.

Burrell & Holtan, and Ward & Ward, for defendant-appellant; David M. Burrell, of counsel; Dixon, Bales & Gunner, for plaintiff-appellee; William R. Gunner, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.